UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Richard Lee Makin
                        Plaintiff,

v.                                             Case No.: 1:17–cv–05473
                                                          Honorable Manish S. Shah

Enhanced Recovery Company, LLC
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 4, 2018:

      MINUTE entry before the Honorable Manish S. Shah: The parties' Joint Motion for a Protective Order [21] is granted. Hearing set for 1/10/18 is stricken and no appearance is necessary. Enter Agreed Confidentiality Order. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.