UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD LEE MAKIN,<br><br>Plaintiff,<br><br>vs.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>Defendant. | CASE NO. 1:17-cv-05473<br><br>District Judge Hon. Manish S. Shah<br><br>Magistrate Judge Hon. Michael T. Mason |

**JOINT MOTION TO REQUEST EXTENSION OF
MARCH 20, 2018 FACT DISCOVERY DEADLINE TO APRIL 15, 2018**

NOW COMES Plaintiff RICHARD LEE MAKIN ("Plaintiff") and Defendant ENHANCED RECOVERY COMPANY, LLC ("Defendant") by and through their respective counsel (collectively "Parties"), and in support of their Joint Motion To Request Extension of the March 20, 2018 Fact Discovery Deadline, state as follows:

1.  Plaintiff filed a Complaint in the United States District Court for the Northern District of Illinois on July 26, 2017. (Dkt. No. 1)

2.  Defendant filed an Answer in this Court on August 31, 2017. (Dkt. No. 14)

3.  Defendant filed a Motion to Transfer Pursuant to § 1407 for Coordinated or Consolidated Pretrial Proceedings to the Multidistrict Litigation Panel on June 28, 2017, MDL No. 2793 ("Motion to Transfer").

4.  The Motion to Transfer included eleven (11) cases which were filed in the United States District Courts in Illinois and Indiana, including the present matter filed by Plaintiff.

5.  Plaintiff did not oppose the Motion to Transfer.

6. The hearing regarding the Motion to Transfer took place on September 28, 2017 before the Multidistrict Litigation Panel.

7. On October 4, 2017, the Multidistrict Litigation Panel denied the Motion to Transfer.

8. On October 6, 2017, this Court ordered that all fact discovery be noticed in time to be completed by March 20, 2018. (Dkt. No. 20)

9. After the Court denied the Motion to Transfer, the Parties met and conferred to discuss extending the fact discovery deadline in this case.

10. The present action is one of now thirteen (13) cases filed by the Sulaiman Law Group, Ltd. against Defendant alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. and the Telephone Consumer Protection Act, 47 U.S.C. § 227. Rather than taking a 30(b)(6) deposition of Defendant in thirteen separate cases, Plaintiff's counsel has agreed to take one 30(B)(6) deposition on March 30, 2018. The Parties believe that one 30(b)(6) deposition will be more efficient and save time and resources.

11. On February 26, 2018, Defendant served thirteen subpoenas on third party Eva Street Advisors, LLC in Austin, Texas. The depositions were noticed for March 8 and 9, 2018 in Austin, Texas. Defendant is presently meeting and conferring with counsel for Eva Street Advisors, LLC to narrow the issues in the subpoenas. Defendant has agreed to continue the deposition of Eva Street Advisors, LLC to April 5, 2018.

12. Based on the progress of this matter, the Parties believe that an extension of the March 20, 2018 fact discovery deadline will allow the Parties to avoid significant litigation costs that may become unnecessary and will give the Parties the opportunity to complete critical discovery and file dispositive motions.

13. The parties further stipulate and agree that the continuance requested herein is not

requested for purposes of delay and will not result in any prejudice to the Parties or to the Court.

14. The instant request is the first request for an extension of the fact discovery deadline, and is made in good faith.

WHEREFORE, Plaintiff Richard Lee Makin and Defendant Enhanced Recovery Company, LLC, by and through their respective counsel, respectfully requests this Honorable Court to enter an order that effectively sets the discovery cut-off to at least April 15, 2018.

DATED: March 8, 2018

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
One of the Attorneys for Enhanced Recovery Company, LLC

Johner T. Wilson III, Attorney No. 6278797
LEWIS BRISBOIS BISGAARD & SMITH, LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
T: 312-345-1718
Email: Johner.Wilson@lewisbrisbois.com
*Counsel for Enhanced Recovery Company, LLC*

Stephen H. Turner (Admitted Pro Hac Vice)
Larissa G. Nefulda (Admitted Pro Hac Vice)
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
(213) 250-1800 Tel.
(213) 250-7900 Fax
Stephen.Turner@lewisbrisbois.com
Larissa.Nefulda@lewisbrisbois.com
*Counsel for Enhanced Recovery Company, LLC*

DATED: March 7, 2018    SULAIMAN LAW GROUP, LTD.

By: *s/ Nathan C. Volheim*
One of the Attorneys for Plaintiff

Nathan C. Volheim, Esq. #6302103
SULAIMAN LAW GROUP, LTD.
2500 S. Highland Avenue
Suite 200
Lombard, Illinois 60148
Email: nvolheim@sulaimanlaw.com
*Counsel for Plaintiff Richard Lee Makin*

# CERTIFICATE OF SERVICE

The undersigned certifies, pursuant to Fed.R.Civ.P. 5 and L.R. 5.5, that a true and correct copy of the foregoing Joint Motion for Extension of Fact Discovery Deadline was filed on March 8, 2018, with the clerk of the court using the CM/ECF system, which will send notice to counsel of record.

>Nathan Charles Volheim
>Taxiarchis Hatzidimitriadis
>Mohammed Omar Badwan
>Ahmad Tayseer Sulaiman
>Joseph Scott Davidson
>Sulaiman Law Group, Ltd.
>2500 South Highland Avenue
>Suite 200
>Lombard, Illinois 60148
>T: 630.575.8181
>nvolheim@sulaimanlaw.com
>thatz@sulaimanlaw.com
>mbadwan@sulaimanlaw.com
>ahmad.sulaiman@sulaimanlaw.com
>jdavidson@sulaimanlaw.com

*Attorneys for Plaintiff Richard Lee Makin*

_____
Johner T. Wilson III